IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| WINDELL ROBINSON | § | |
| --- | --- | --- |
| v. | § | CIVIL ACTION NO. 6:08cv158 |
| OFFICER BOWMAN | § | |
| and | | |
| WINDELL ROBINSON | § | |
| v. | § | CIVIL ACTION NO. 6:08cv178 |
| OFFICER BOWMAN | § | |

<u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION<br>OF THE UNITED STATES MAGISTRATE JUDGE<br>AND ORDER OF CONSOLIDATION</u>

The Plaintiff Windell Robinson proceeding *pro se*, filed these civil rights lawsuits under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights.  This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

The two lawsuits styled above concern the same issues and name the same Defendant. On May 19, 2008, the Magistrate Judge issued a Report recommending that these two cases be consolidated for all purposes, with 6:08cv158 being designated as the lead case.  The Magistrate Judge also recommended that only one filing fee be charged for the consolidated cases.

A copy of this Report was sent to Robinson at his last known address, return receipt requested, but no objections have been received; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions

accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge and has determined that this Report is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled civil actions be and hereby are CONSOLIDATED for all purposes into one lawsuit, styled Robinson v. Bowman, docket no. 6:08cv158. Rule 42(a), Fed. R. Civ. P. Any pleadings or documents received in either case shall be docketed in this cause; no further entries, after this order of consolidation, shall be made on the docket of cause no. 6:08cv178. It is further

ORDERED that, inasmuch as cause no. 6:08cv178 is wholly subsumed within cause no. 6:08cv158, a separate filing fee shall not be charged for cause no. 6:08cv178. This does not relieve Robinson of the obligation to pay the filing fee for cause no. 6:08cv158, as set out in 28 U.S.C. §1915(b). This order of consolidation shall not affect the substantive rights of any party to this case.

**SIGNED this 14th day of July, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE